

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-13-00437-CV

| | | |
|---|---|---|
| Larry Stillwell and/or All Other Occupants of 11829 Cottontail Drive, Fort Worth, Texas 76248 | § | From County Court at Law No. 1 |
| | § | of Tarrant County (2013-001673-1) |
| v. | § | April 24, 2014 |
| AH4R I TX, LLC | § | Per Curiam |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM